FILED
JAN 21 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 1:26 CR 00036 |
| v. | CASE NO. |
| PRESTON SANDERS, | Title 18, United States Code, Sections 922(g)(1), 924(a)(8) |
| Defendant. | JUDGE GAUGHAN |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(8))

The Grand Jury charges:

1. On or about June 20, 2025, in the Northern District of Ohio, Eastern Division, Defendant PRESTON SANDERS, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Burglary, on or about February 27, 2008, in case number CR-07-502622, in Cuyahoga County Common Pleas Court; Robbery, on or about June 18, 2009, in case number CR-09-522764, in Cuyahoga County Common Pleas Court; Aggravated Robbery, on or about August 10, 2010, in case number CR-10-536076, in Cuyahoga County Common Pleas Court; and Felon in Possession of a Firearm, on or about September 9, 2021, in case number 1:21-CR-37, in the Northern District of Ohio, Eastern Division, knowingly possessed in and affecting interstate commerce a firearm, to wit: a loaded Taurus G3C, 9mm handgun, bearing serial number AEB111307, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, PRESTON SANDERS, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged herein; including, but not limited to, the following: a loaded Taurus G3C, 9mm handgun, bearing serial number AEB111307, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.